Vivian Sturgeon, Appellee, v. Nathan E. Jacobs and Morris E. Jacobs, Copartners, Trading as Bozell & Jacobs, and Bozell & Jacobs, Inc., Appellants.

Gen. No. 45,221.

Brown, Stackler & Levenfeld, for appellants; Jesse H. Brown, and Donald M. Becker, of counsel; Loeff & Panter, for appellee; Martin G. Loeff, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed May 28, 1951; released for publication June 14, 1951.